Marshall E. Keller, WSB #7-6406
Keller Law Firm, P.C.
P.O. Box 111
Thermopolis, WY  82443-0111
(307) 864-2318
marshall@kellerlawpc.com

Philip A. Nicholas, WSB #5-1785
Meggan J. Nicholas, WSB #7-4856
Nicholas & Tangeman, LLC
P.O. Box 928
Laramie, WY  82073
(307) 742-7140
nicholas@wyolegal.com

Attorneys for Plaintiff Starkie J. Cornett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STARKIE J. CORNETT,          )<br>       Plaintiff,           )<br>  v.                          )<br>PARK COUNTY BOARD OF COUNTY  )<br>COMMISSIONERS and its PARK COUNTY )<br>ROAD AND BRIDGE DIVISION OF THE )<br>PUBLIC WORKS DEPARTMENT,     )<br>       Defendants.           ) | Civil Action No. 22-CV-00034 |

**NOTICE OF RECEIPT OF RIGHT TO SUE LETTER,
REQUEST TO VACATE STAY,
AND REQUEST FOR SCHEDULING CONFERENCE**

Plaintiff gives notice that she has received a Right to Sue letter dated June 21, 2023, from the US Department of Justice, a copy of which is attached hereto as **Exhibit A**.

Plaintiff has already commenced suit by the filing of a *Complaint* on February 16, 2022 (ECF # 1) and a *First Amended Complaint* on March 4, 2022 (ECF # 3). Defendant filed its *Answer and Affirmative Defenses* on April 19, 2022 (ECF # 6). This Court entered its *Order Granting Motion to Stay* on May 10, 2022 (ECF # 13).

Plaintiff moves that the May 10, 2022, *Order on Stay* be vacated and that the Court schedule a status conference in this matter.

DATED this 13th day of July, 2023.

/s/ Marshall E. Keller
Marshall E. Keller, WSB #7-6406
Keller Law Firm, P.C.
P.O. Box 111
Thermopolis, WY  82443-0111
(307) 864-2318
marshall@kellerlawpc.com

/s/ Philip A. Nicholas
Philip A. Nicholas, WSB #5-1785
Nicholas & Tangeman, LLC
P.O. Box 928
Laramie, WY  82073
(307) 742-7140
nicholas@wyolegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of July 2023, the foregoing pleading was electronically filed with the Clerk of Court using the electronic filing system, which will send notification of such filing to the registered CM/ECF user at the following email address:

Thomas A. Thompson
MacPherson & Thompson, LLC
PO Box 999
Rawlins, WY  82301
tthompson@wyomingattorneys.net

/s/ Philip A. Nicholas
Philip A. Nicholas