# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**2:04 pm, 8/24/23**

**Margaret Botkins**
**Clerk of Court**

Starkie J Cornett

                Plaintiff,

vs.

Park County Board of County Commissioners et al

                Defendant.

Case Number: 2:22-CV-00034-ABJ

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ Initial Pretrial Conference (Civil)

Date: 08/24/2023    Time: 1:32pm - 2:03pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Katherine Landis-True |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Phil Nicholas, Marshall Keller

Attorney(s) for Defendant(s)    Thomas Thompson

Other:

Hearing held via Zoom video-conference

Plaintiff Expert Witness Designation Deadline:    12/15/23

Defendant Expert Witness Designation Deadline:    1/30/24

Discovery Due:    4/29/24

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Deadline    5/31/24

Dispositive Motions Hearing

☐ Including Daubert Challenges

Dispositive Motions Response Deadline    6/14/24

MINUTE SHEET STATUS CONFERENCE
2:22-CV-00034-ABJ

| | |
|---|---|
| Reply Deadline | 6/21/24 |
| Final Pretrial Conference Set: | 8/30/24 at 9:30 AM |
| Jury Trial Set: | 10/15/24 at 9:30 AM |
| Status Conference Set: | |

Other:

Joint Pretrial Memo: 7/19/24

Motions in Limine: 7/19/24
Responses: 8/2/24
Replies: 8/9/24

Order to follow.