Marshall E. Keller, WSB #7-6406
Keller Law Firm, P.C.
P.O. Box 111
Thermopolis, WY 82443-0111
(307) 864-2318
marshall@kellerlawpc.com

Philip A. Nicholas, WSB #5-1785
Meggan J. Nicholas, WSB #7-4856
Nicholas & Tangeman, LLC
P.O. Box 928
Laramie, WY 82073
(307) 742-7140
nicholas@wyolegal.com

Attorneys for Plaintiff Starkie J. Cornett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STARKIE J. CORNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 22-CV-00034 |
| | ) |
| PARK COUNTY BOARD OF COUNTY COMMISSIONERS and its PARK COUNTY ROAD AND BRIDGE DIVISION OF THE PUBLIC WORKS DEPARTMENT, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, will take the deposition of **Jack R. Hatfield on Monday, May 20th, 2024,** pursuant to the Federal Rules of Civil Procedure. The deposition will take place my remote means. The deposition will be conducted before a Notary Public, or other officer authorized by law to administer oaths, and will be recorded by stenographic means. The deposition will continue from day to day until completed.

You are also noticed to produce the following documents:

All notes and communication used in your investigation in the complaint for Starkie Cornett and for drafting the Letter to the EEOC dated July 15th, 2020.

DATED this 26th day of April 2024.

/s/ Marshall E. Keller
Marshall E. Keller, WSB #7-6406
Keller Law Firm, PC
Attorney for Plaintiff
P.O. Box 111
Thermopolis, WY 82443-0111
(307) 864-2318
marshall@kellerlawpc.com

Phillip A. Nicholas, WSB #5-1785
Nicholas & Tangeman, LLC
Attorney for Plaintiff
P.O. Box 928
Laramie, WY 82073
(307) 742-7140
nicholas@wyolegal.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April 2024, I served the above and foregoing *Notice of Deposition* on the Defendants by depositing a true and correct copy thereof in the United States Mail, postage prepaid addressed to

| | |
|---|---|
| Thomas A. Thompson<br>Litigation Counsel<br>Wyoming Local Government Liability Pool<br>6844 Yellowtail Road<br>Cheyenne, WY 82009<br>tthompson@lglp.net | [__X_] U.S. MAIL<br>[__X_] EMAIL |

/s/ Marshall E. Keller
Marshall E. Keller