# Exhibit B:

*Letter from Skoric to EEOC
July 15, 2020*

# PARK COUNTY
# AND
# PROSECUTING ATTORNEY

Park County Courthouse
1002 Sheridan Avenue
Cody, Wyoming 82414
(307) 527-8660 Fax (307) 527-8668

Bryan A. Skoric

Jack R. Hatfield II, Deputy
Saige N. Smith, Deputy
Larry Eichele, Deputy

Park County Annex
109 W. 14th Street
Powell, Wyoming 82435
(307) 754-8860 Fax (307) 754-8866

July 15, 2020

Matthew Nitta
Equal Employment Opportunity Commission
Denver Field Office
303 East 17th Avenue, Suite 410
Denver, CO 80203

Re:   Starkie J. Cornett, 32K-2020-00108

Dear Mr. Nitta,

On behalf of the Park County Public Works Department ("Public Works"), I submit the following position statement for your consideration. For the following reasons, Public Works denies all allegations made by Ms. Starkie J. Cornett in her complaints.

Ms. Cornett made substantially similar complaints internally against Public Works in May 2020. Pursuant to the Park County Policy Manual, the Park County Attorney's Office is responsible for investigating such complaints. Based on his extensive experience with investigating and providing legal advice on these types of complaints, I assigned Deputy Park County and Prosecuting Attorney Jack R. Hatfield II to conduct our investigation.

Mr. Hatfield conducted a thorough investigation of Ms. Cornett's complaints, including recorded interviews of Ms. Cornett, the subjects of her complaints, and all available potential witnesses. Mr. Hatfield received additional documentation from Ms. Cornett and was nearly finished with his investigation when he learned that Ms. Cornett filed the complaints that are the subject of your investigation. In order to avoid any potential for conflict with your investigation, Mr. Hatfield suspended his investigation and provided a partial report to me.

Equal Employment Opportunity Commission
Re: Starkie J. Cornett, 32K-2020-00108
July 15, 2020
Page 2 of 2

Although Mr. Hatfield's investigation has not been completed, his preliminary findings show no employee of Public Works engaged in any form of discrimination against Ms. Cornett. Unbeknownst to Ms. Cornett at the time she made her internal complaints, Public Works had previously submitted a request to the Park County Board of Commissioners ("Commissioners") to increase her rate of pay based on the performance of her duties in 2019. However, requested pay increases were uniformly disapproved for all county employees by the Commissioners based on budgetary constraints. Public Works internal policy generally discourages supervisors from informing subordinates of requested pay increases until they are approved by the Commissioners. Mr. Hatfield obtained documentation confirming the requested pay increase for Ms. Cornett and that all requests were disapproved by the Commissioners in 2019.

Mr. Hatfield also discovered that prior to Public Works receiving notice of the complaints you are investigating, Ms. Cornett was recommended for promotion to Operator II (subject to approval by the Commissioners). Through his interviews and review of internal records, Mr. Hatfield determined the average time in position as an Operator I prior to being recommended for promotion to Operator II is approximately 7 to 10 years, which is substantially longer than Ms. Cornett has been employed as an Operator I. Furthermore, an Operator II usually has significantly more experience operating a wide variety of types of equipment while Ms. Cornett's experience is limited by comparison. However, Public Works expressed a desire to continue working with Ms. Cornett to increase her expertise and recommended her promotion in order to keep her with the department.

Contrary to Ms. Cornett's complaints of discrimination, Public Works hired her with almost no experience operating equipment, expended a great amount of time and effort to train her, attempted to increase her pay (even during a budget crisis), and has recommended her for promotion even though she has significantly less experience and expertise in operating equipment than the average for Operator II. The evidence demonstrates Ms. Cornett has not been subjected to any form of discrimination by Public Works. Upon your request, I will provide this evidence to assist with your investigation.

Sincerely,

Bryan A. Skoric
Park County and Prosecuting Attorney

Created with Scanner Pro

3021

Respectfully Submitted,
Colleen Renner, Park County Clerk

Publish one time in Cody Enterprise & Powell Tribune before 7/31/2020.

3022